SARAH E. HARMON
Nev. Bar No. 8106
KELLY B. STOUT
Nev. Bar No. 12105
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone Number: (702) 562-8820
Fax Number:  (702) 562-8821
SHarmon@BaileyKennedy.com
KStout@BaileyKennedy.com

Attorneys for Defendant
NATIONAL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, | Case No. 2:12-cv-01421-GMN-NJK |
| Plaintiff, | |
| vs. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant. | |

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maryland Casualty Company ("Maryland"),  and Defendant National Fire & Marine Insurance Company ("National Fire") (jointly, the "Parties"), by and through their respective counsel,  Morales Fierro & Reeves and Bailey Kennedy, hereby stipulate and agree as follows:

    1. The Parties made and entered into a Settlement Agreement and Release which was fully executed as of June 14, 2013.

2. In accordance with the terms of the Release, the Parties hereby jointly request that this Court order the above-referenced action dismissed, with prejudice, in its entirety, except that this Court shall retain jurisdiction over the above-referenced action and all of the Parties therein for the sole purpose of administering the completion of the Parties' settlement as provided in the Release.

3. All Parties shall bear their own costs and attorneys' fees.

DATED this 1st day of July, 2013.

| MORALES FIERRO & REEVES | BAILEY ❖ KENNEDY |
|---|---|
| By: */s/ Ramiro Morales*<br>RAMIRO MORALES<br>DAVID ASTENGO<br>725 South Eighth Street, Suite B<br>Las Vegas, Nevada 89101 | By: */s/ Sarah E. Harmon*<br>SARAH E. HARMON<br>KELLY B. STOUT<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff*<br>MARYLAND CASUALTY COMPANY | *Attorneys for Defendant*<br>NATIONAL FIRE & MARINE INSURANCE COMPANY |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: July 3, 2013

Respectfully Submitted by:
BAILEY ❖ KENNEDY

By: */s/ Sarah E. Harmon*
   Sarah E. Harmon
   Kelly B. Stout
   8984 Spanish Ridge Avenue
   Las Vegas, Nevada  89148-1302

*Attorneys Defendant*
NATIONAL FIRE & MARINE
INSURANCE COMPANY